# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>　　　　Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER GRANTING JOHN HUNTER BRYSON'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 36) |

The court has read and considered the application of John Hunter Bryson, attorney for Plaintiff, Olabisi Bodunde, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.[1]  Having reviewed the application, John Hunter Bryson's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 3, 2024**

　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that although not listed in the current application, on this same date, counsel filed a *pro hac vice* application in Williams v. Walmart, Inc., No. 1:24-cv-01003-JLT-BAM (E.D. Cal.).

1