# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE,<br><br>    Plaintiff,<br><br>    v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WITHIN FOURTEEN DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>**FOURTEEN-DAY DEADLINE** |

    On March 26, 2024, Olabisi Bodunde ("Plaintiff") filed this action against Walgreens Boots Alliance, Inc. ("Defendant") in the Northern District of Illinois. (ECF No. 1.) On May 30, 2024, Defendant filed a motion to dismiss for failure to state a claim. (ECF No. 18-20.) On June 10, 2024, an order was filed granting Plaintiff's unopposed motion to stay this matter pending resolution of a motion to transfer the action to the United States Judicial Panel on Multidistrict Litigation ("MDL") and the motion to dismiss was denied without prejudice. (ECF No. 26.) On August 2, 2024, a joint status report was filed informing the Court that the MDL had denied Plaintiff's motion and requesting leave to file an updated status report suggesting next steps. (ECF No. 27.) On August 21, 2024, this matter was transferred to the Eastern District of California. (ECF No. 30.)

    On August 23, 2024, the Court provided that the parties may file a joint status report suggesting next steps but noted that a responsive pleading is due. (ECF No. 35 at 2.)

Accordingly, the Court ordered that Defendant file a responsive pleading on or before September 6, 2024. Defendant failed to file a responsive pleading or otherwise respond to the Court's order by September 6, 2024.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order, Defendant shall show cause in writing why default should not be entered; and

2. To facilitate the ability to comply with this order, Defendant's obligation to respond to the complaint is extended **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 9, 2024**

UNITED STATES MAGISTRATE JUDGE