# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER IMPOSING DAILY SANCTION OF $50 PER DAY FOR FAILURE TO SHOW CAUSE IN WRITING<br><br>(ECF No. 38)<br><br>**SEPTEMBER 25, 2024 DEADLINE** |

On March 26, 2024, Olabisi Bodunde ("Plaintiff") filed this action against Walgreens Boots Alliance, Inc. ("Defendant") in the Northern District of Illinois. (ECF No. 1.) On May 30, 2024, Defendant filed a motion to dismiss for failure to state a claim. (ECF No. 18-20.) On June 10, 2024, an order was filed granting Plaintiff's unopposed motion to stay this matter pending resolution of a motion to transfer the action to the United States Judicial Panel on Multidistrict Litigation ("MDL") and the motion to dismiss was denied without prejudice. (ECF No. 26.) On August 2, 2024, a joint status report was filed informing the Court that the MDL had denied Plaintiff's motion and requesting leave to file an updated status report suggesting next steps. (ECF No. 27.) On August 21, 2024, this matter was transferred to the Eastern District of California by motion of the parties. (ECF No. 30.)

On August 23, 2024, the Court provided that the parties may file a joint status report suggesting next steps but noted that a responsive pleading is due. (ECF No. 35 at 2.) The Court therefore ordered that Defendant file a responsive pleading on or before September 6, 2024.

Defendant failed to file a responsive pleading or otherwise respond to the Court's order by September 6, 2024. Accordingly, on September 9, 2024, the Court issued an order to show cause requiring a response in writing from Defendant no later than September 23, 2024 why default should not be entered. (ECF No. 38.) To facilitate Defendant's ability to comply with the order, the Court sua sponte granted Defendant a fourteen day extension of time to file a responsive pleading.

On September 23, 2024, Defendant filed a motion to dismiss. (ECF No. 40.) Defendant has not filed a response in writing to the Court's September 9, 2024 order to show cause. Defendant has now failed to comply with two Court orders. Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court shall again provide Defendant with an extension of time to comply with a third Court order. If Defendant fails to comply with this order by close of business on September 25, 2024, the Court shall impose monetary sanctions in the amount of $50.00 per day, beginning on September 26, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall respond to the Court's order to show cause in writing (ECF No. 38) by close of business on **September 25, 2024**; and
2. If Defendant fails to comply with this order, Defendant and Defendant's counsel shall jointly and severally be obligated to pay the Clerk of the Court $50.00 per day, **beginning on September 26, 2024**, until Defendant files a compliant response to the Court's order.

IT IS SO ORDERED.

Dated:   **September 24, 2024**

UNITED STATES MAGISTRATE JUDGE

2