# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE,<br><br>    Plaintiff,<br><br>    v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 38, 41, 44) |

On March 26, 2024, Olabisi Bodunde ("Plaintiff") filed this action against Walgreens Boots Alliance, Inc. ("Defendant") in the Northern District of Illinois. (ECF No. 1.) On May 30, 2024, Defendant filed a motion to dismiss for failure to state a claim. (ECF No. 18-20.) On June 10, 2024, an order was filed granting Plaintiff's unopposed motion to stay this matter pending resolution of a motion to transfer the action to the United States Judicial Panel on Multidistrict Litigation ("MDL") and the motion to dismiss was denied without prejudice. (ECF No. 26.) On August 2, 2024, a joint status report was filed informing the Court that the MDL had denied Plaintiff's motion and requesting leave to file an updated status report suggesting next steps. (ECF No. 27.) On August 21, 2024, this matter was transferred to the Eastern District of California by motion of the parties. (ECF No. 30.)

On August 23, 2024, the Court provided that the parties may file a joint status report suggesting next steps but noted that a responsive pleading is due. (ECF No. 35 at 2.) The Court

therefore ordered that Defendant file a responsive pleading on or before September 6, 2024. Defendant failed to file a responsive pleading or otherwise respond to the Court's order by September 6, 2024. Accordingly, on September 9, 2024, the Court issued an order to show cause requiring a response in writing from Defendant no later than September 23, 2024 why default should not be entered. (ECF No. 38.) To facilitate Defendant's ability to comply with the order, the Court sua sponte granted Defendant a fourteen day extension of time to file a responsive pleading.

On September 23, 2024, Defendant filed a motion to dismiss. (ECF No. 40.) Because Defendant did not file a response to the Court's order to show cause, the Court issued an order stating daily sanctions would accrue if Defendant did not respond by September 25, 2024. (ECF No. 41.) On September 25, 2024, Defendant filed a response to the order to show cause. (ECF No. 44.) In light of Defendant's response, the Court finds good cause to discharge the order to show cause.

Accordingly, it is HEREBY ORDERED that the order to show cause issued on September 9, 2024 (ECF No. 38) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 26, 2024**

UNITED STATES MAGISTRATE JUDGE