# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>　　　　Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER VACATING NOVEMBER 13, 2024 HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 40) |

Defendant Walgreens Boots Alliance, Inc. filed a motion to dismiss on September 23, 2024. (ECF No. 40.) Oral argument on the motion is set for November 13, 2024. (ECF No. 47.) Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion to dismiss was due on October 7, 2024. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission and shall be decided on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing set for November 13, 2024, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __October 9, 2024__

　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1