# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER GRANTING STIPULATION FOR SETTING MOTION TO DISMISS BRIEFING SCHEDULE<br><br>(ECF No. 52) |

Pursuant to the stipulation of the parties (ECF No. 52), and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant shall file its motion to dismiss Plaintiff's First Amended Complaint on or before November 22, 2024;

2. Plaintiff shall file a response to Defendant's motion to dismiss on or before December 20, 2024; and

3. Defendant shall file its reply, if any, by January 6, 2025.

IT IS SO ORDERED.

Dated:   **November 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge