Rick L. Shackelford (SBN CA 151262)
Daniell K. Newman (SBN 242834)
Emerson B. Luke (SBN 307963)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Email:   *shackelfordr@gtlaw.com*
         *newmandk@gtlaw.com*
         *lukee@gtlaw.com*

Attorneys for Defendant,
WALGREENS BOOTS ALLIANCE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.<br><br>Defendant. | CASE NO. 1:24-CV-00985-JLT-SAB<br><br>[Assigned to Hon. Jennifer L. Thurston]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT WALGREENS BOOTS ALLIANCE, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>*[Notice of Motion and Motion; Memorandum of Points and Authorities; and Proposed Order filed concurrently herewith]*<br><br>Hearing Date:  January 6, 2025<br>Hearing Time:  10:00 a.m.<br>Courtroom:     9<br>Judge:         Hon. Stanley A. Boone<br><br>Action Filed: March 26, 2024<br>Trial Date:   None Set |

1:24-CV-00985-JLT-SAB

REQUEST FOR JUDICIAL NOTICE

507765710.1
ACTIVE 704443897

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence 201, the incorporation by reference doctrine, and this Court's inherent authority to take judicial notice, Defendant Walgreens Boots Alliance, Inc. ("Defendant") respectfully requests that the Court take judicial notice of the following:

**Exhibit 1:** *Valisure Citizen Petition on Benzene in Benzoyl Peroxide Drug Products*, Valisure https://www.valisure.com/valisure-newsroom/valisure-detects-benzene-in-benzoyl-peroxide, (March 4, 2024). Full Petition available online at: https://assets-global.website-files.com/6215052733f8bb8fea016220/65e8560962ed23f744902a7b_Valisure%20Citizen%20Petition%20on%20Benzene%20in%20Benzoyl%20Peroxide%20Drug%20Products.pdf; and

**Exhibit 2:** U.S. Food & Drug Administration's letter response to Valisure Citizen Petition on Benzene in Benzoyl Peroxide Drug Products (August 28, 2024). FDA letter available online at: https://www.regulations.gov/document/FDA-2024-P-1130-0004

## LEGAL DISCUSSION

This Request is made pursuant to Federal Rule of Evidence 201(b)(2), which provides that the Court may take judicial notice of any facts "that can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned," and pursuant to the incorporation by reference doctrine. The Court may take judicial notice of Exhibit 1, which is the full text of a publicly-available document referenced by Plaintiff in the First Amended Complaint ("FAC"). The Court may also take judicial notice of Exhibit 2, which is a publicly-available document representing the Food and Drug Administration's ("FDA") initial response to the citizen petition referenced by Plaintiff in the FAC – i.e., Exhibit 1 – because that petition "is referenced in Plaintiff['s] . . . complaint" and is central to Plaintiff's claims. *Tubbs v. Advocare Intl., LP*, No. CV-174454-PSG-AJWX, 2017 WL 4022397, at *3 C.D. Cal. Sept. 12, 2017) (taking judicial notice of articles referenced in complaint); *accord Dabish v. MusclePharm Corp.*, No. 3:15-CV-02848-CAB-RBB, 2016 U.S. Dist. LEXIS 191885, at *7-8 (S.D. Cal. Sept. 26, 2016) (same); *Viggiano v. Hansen Nat. Corp.*, 944 F. Supp. 2d 877, 883 (C.D. Cal. May 13, 2013) (same).

Furthermore, there can be no legitimate argument about the authenticity of Exhibit 1, which Plaintiff themselves repeatedly cite to in the FAC. *See Tubbs*, 2017 WL 4022397, at *3.

Furthermore, judicial notice of both Exhibits 1 and 2 is also proper because they are publicly available on the Food and Drug Administration's ("FDA") Regulations.gov website, which maintains a docket of citizens petitions, among others. *See, e.g.*, *Aaron & Andrew, Inc. v. Sears Holdings Mgmt. Corp.*, 2018 WL 1942373, at *7 (C.D. Cal. Mar. 26, 2018) ("it is widely accepted that a court may take judicial notice of public documents posted on government websites, both for the fact that particular disclosures were made and for the fact of their publication"). Exhibit 1 can be accessed through the FDA's website at https://www.regulations.gov/document/FDA-2024-P-1130-0001 and has FDA Document ID number FDA-2024-P-1130-0001. Exhibit 2 can be accessed through FDA's website at https://www.regulations.gov/document/FDA-2024-P-1130-0004 and has FDA Document ID number FDA-2024-P-1130-0004.

Because Exhibits 1 and 2 are publicly-available on the FDA's official government website, their authenticity is not subject to reasonable dispute and judicial notice is appropriate, and the authenticity of Exhibit 2 is not subject to reasonable dispute for the additional reason that it is a document issued by the FDA. Courts routinely take judicial notice of documents available on the FDA's website. *See Allergan USA Inc. v. Imprimis Pharm., Inc.*, No. SA-CV-171551-DOC-JDEX, 2018 WL 5919210, at *4 (C.D. Cal. Apr. 30, 2018) (taking judicial notice of multiple documents on the FDA's website).

Defendant's request is limited to the Court taking notice of the fact of both the Valisure Citizen Petition and the FDA's letter response as well as their contents. Of particular note in the FDA's letter response is the closing paragraph in response to Valisure, wherein Carol J. Bennett, Deputy Director of FDA's Office of Regulatory Policy in the Center for Drug Evaluation and Research, informs Valisure:

> FDA has been unable to reach a decision on your petition because it raises complex issues requiring extensive review and analysis by Agency officials. This interim response is provided in accordance with FDA regulations on citizen petitions (21 CFR 10.30(e)(2)). We will respond to your petition as soon as we have reached a decision on your request.

Exhibit 1, p. 2.

Accordingly, because Exhibit 1 reflects the publicly-available Valisure petition referenced by Plaintiffs in the FAC and is central to Plaintiffs' claims, judicial notice is proper. Similarly, because Exhibit 2 reflects the FDA's direct response to that Valisure petition, and because it is publicly-available on the FDA's official government website, judicial notice is proper. Defendants hereby request that this Court take judicial notice of these exhibits, which are submitted in support of Defendant's Motion to Dismiss Plaintiff's FAC.

DATED: November 25, 2024

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:   */s/ Rick L. Shackelford*
Rick L. Shackelford
Attorneys for Defendant
WALGREENS BOOTS ALLIANCE, INC