1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.<br><br>Defendant. | CASE NO. 1:24-CV-00985-JLT-SAB<br><br>[Assigned For All Purposes to Hon. Jennifer L. Thurston]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALGREENS BOOTS ALLIANCE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:  January 6, 2025<br>Hearing Time:  10:00 a.m.<br>Courtroom:  9<br>Judge:  Hon. Stanley A. Boone<br><br>Action Filed:  March 26, 2024<br>Trial Date:  None Set |

[PROPOSED] ORDER

507765710.1
ACTIVE 704443988

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

The Court, having considered Defendant Walgreens Boots Alliance, Inc.'s ("Defendant") Request for Judicial Notice in Support of Defendant's Motion to Dismiss First Amended Complaint ("RJN"), all other papers and evidence submitted in opposition and reply, the pertinent pleadings and docket entries, and the applicable law, and finding good cause therefor, hereby GRANTS the request. The following documents, are judicially noticed by the Court:

Pursuant to Federal Rule of Evidence 201, the incorporation by reference doctrine, and this Court's inherent authority to take judicial notice, the Court takes judicial notice of the following:

**Exhibit 1:** *Valisure Citizen Petition on Benzene in Benzoyl Peroxide Drug Products*, Valisure https://www.valisure.com/valisure-newsroom/valisure-detects-benzene-in-benzoyl-peroxide, (March 4, 2024). Full Petition available online at: https://assets-global.website-files.com/6215052733f8bb8fea016220/65e8560962ed23f744902a7b_Valisure%20Citizen%20Petition%20on%20Benzene%20in%20Benzoyl%20Peroxide%20Drug%20Products.pdf; and

**Exhibit 2:** U.S. Food & Drug Administration's letter response to Valisure Citizen Petition on Benzene in Benzoyl Peroxide Drug Products (August 28, 2024). FDA letter available online at: https://www.regulations.gov/document/FDA-2024-P-1130-0004

(ECF No. __, Exs. 1-2.)

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Stanley A. Boone
United States Magistrate Judge

ACTIVE 704443988