1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE, *individually and on behalf of all others similarly situated*, | Case No. 1:24-cv-00985-JLT-SAB |
| Plaintiff, | ORDER RESETTING HEARING ON MOTION TO DISMISS |
| v. | (ECF No. 54) |
| WALGREENS BOOTS ALLIANCE, INC., | |
| Defendant. | |

On November 26, 2024, the district judge referred Defendant's motion to dismiss to the undersigned for the preparation of findings and recommendations.  (ECF No. 57.)  The Court now RESETS the hearing on that motion from January 6, 2024, to January 22, 2025, at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  The briefing schedule otherwise remains unchanged.

IT IS SO ORDERED.

Dated:   **November 27, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28