# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OLABISI BODUNDE,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER GRANTING MATTHEW A. GIRARDI'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 65) |
|---|---|

The court has read and considered the application of Matthew A. Girardi, attorney for Plaintiff, Olabisi Bodunde, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Matthew A. Girardi's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **March 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1