# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISHI BODUNDE and MONICA BOLYARD, *individually and on behalf of all others similar situated*, <br><br> Plaintiff, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., <br><br> Defendant. | Case No. 1:24-cv-00985-JLT-SAB <br><br> ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT <br><br> (ECF No. 79) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may respond to Plaintiff's second amended complaint. The Court approves the stipulation and ORDERS that Defendant shall have through **February 13, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:    **January 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge