# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLABISI BODUNDE and MONICA BOLYARD, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:24-cv-00985-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 87) |

Before the Court is the parties' stipulation to extend the time in which Plaintiff may file an opposition to the pending Motion to Dismiss and Defendant may file a reply. (ECF No. 87.) For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiff shall have through **March 16, 2026**, to file an opposition and Defendant shall have through **April 6, 2026** to file a reply.

IT IS SO ORDERED.

Dated: __**February 20, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge